# Order

Michigan Supreme Court
Lansing, Michigan

July 26, 2016

151806 & (13)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CARL HUBBARD,
      Defendant-Appellant.

SC: 151806
COA: 326995
Wayne CC: 92-001856-FC

_____/

      On order of the Court, the application for leave to appeal the June 2, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to stay is treated as a motion to hold case in abeyance, and it is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2016



Clerk

d0718